Asa Hull, Appellant, *v.* Mary Ann Donington et al., Respondents.

Mary Ann Donington, Respondent, *v.* Asa Hull, Impleaded, etc., Appellant.

(Argued September 17, 1877 ; decided September 25, 1877.)

*Thomas Allison*, for appellant.

*Dudley Field*, for respondents.

Agree to affirm on opinion of Judge Ingraham, referee.
All concur, except Miller, J., absent.
Judgment affirmed.